B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–46294**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  James Dunn
  aka James Ross Dunn
  712 Division Street
  South Elgin, IL 60177

Social Security / Individual Taxpayer ID No.:
  xxx−xx−6338

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>May 27, 2015</u>　　　　　　　　　　　<u>Jeffrey P. Allsteadt, Clerk</u>
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-46294-DRC
James Dunn                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2              Date Rcvd: May 27, 2015
                              Form ID: b18             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2015.
```
db            +James Dunn,   712 Division Street,    South Elgin, IL 60177-1164
22785716      +BMO Harris Bank N.A.,    111 W. Monroe Street,   Chicago, IL 60603-4095
22785717      +BMO Harris Bank, N.A.,    Bankruptcy Dept.-Brk-1,    770 N Water Street,
                Milwaukee, WI 53202-0002
22785723       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22785724      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22785725       Fox Ridge Homeowners Association,    739 Division Street,    South Elgin, IL 60177
22785729      +Harlem Furniture,   215 South Gary Avenue,    Bloomingdale, IL 60108-2213
22905120      +PNC BANK, N.A.,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
22785734      +PNC Bank,   6750 Miller Road,    Brecksville, OH 44141-3239
22785735      +PNC Bank N.A,   1 Financial Parkway,    Kalamazoo, MI 49009-8002
22785736      +PNC Mortgage,   3232 Nemark Drive,    Miamisburg, OH 45342-5433
22785737      +PNC Mortgage,   3232 Newmark Drive., Building. 8,    Miamisburg, OH 45342-5433
22785739      +PNC Mortgage,   PO Box 1820,   Dayton, OH 45401-1820
22785738      +PNC Mortgage,   2650 Warrenville Road,    Downers Grove, IL 60515-1748
22785740      +SST/Best Egg Loans,    4315 Pickett Road,   Saint Joseph, MO 64503-1600
22952693      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
22785746      +Trans Union LLC,   1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22785747      +Walmart,   Asset Protection Recovery,    PO Box 101928, Dept 4295,    Birmingham, AL 35210-6928
22785748      +Walmart Stores Inc,    702 SW 8th Street,   6487,   Bentonville, AR 72716-6209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QECBERG.COM May 28 2015 00:58:00      Elizabeth C Berg,   Baldi Berg, Ltd.,
                20 N. Clark Street,   Suite 200,   Chicago, IL 60602-4120
22785714      +EDI: HFC.COM May 28 2015 00:58:00      Best Buy Co., Inc,    Bureaus Investment Group,
                PO Box 17298,   Baltimore, MD 21297-1298
22785715      +EDI: HFC.COM May 28 2015 00:58:00      Best Buy/HSBC Retail,    P.O. Box 17298,
                Baltimore, MD 21297-1298
22990798       EDI: CAPITALONE.COM May 28 2015 00:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
23032260       EDI: BL-BECKET.COM May 28 2015 00:58:00      Capital One, N.A.,    c o Becket and Lee LLP,
                POB 3001,   Malvern, PA 19355-0701
22785718      +EDI: AIS.COM May 28 2015 00:58:00      Capital One, N.A. *,    c/o American Infosource,
                P.O Box 54529,   Oklahoma City, OK 73154-1529
22785719      +EDI: CAPITALONE.COM May 28 2015 00:58:00      Capital One, N.A.*,    1680 Capital One Drive,
                Mc Lean, VA 22102-3407
23116862       EDI: RECOVERYCORP.COM May 28 2015 00:58:00      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22785720      +EDI: WFNNB.COM May 28 2015 00:58:00      Comenity Bank,   PO Box 182789,
                Columbus, OH 43218-2789
22785721      +EDI: WFNNB.COM May 28 2015 00:58:00      Comenity Bank,   220 W. Schrock Road,
                Westerville, OH 43081-2873
22785722      +EDI: WFNNB.COM May 28 2015 00:58:00      Comenity Bank/Harlem Furniture,
                Attention:  Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686
22785726      +EDI: RMSC.COM May 28 2015 00:58:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
                Fifth Floor,   Stamford, CT 06905-5125
22785727      +EDI: RMSC.COM May 28 2015 00:58:00      GE Money Bank Care Card,    Po Box 960061,
                Orlando, FL 32896-0061
22785728      +EDI: RMSC.COM May 28 2015 00:58:00      GEMB / Walmart,   Attn: Bankruptcy,   Po Box 103104,
                Roswell, GA 30076-9104
22785730      +EDI: CBSKOHLS.COM May 28 2015 00:58:00      Kohl’s,   PO Box 2983,   Milwaukee, WI 53201-2983
22785731      +EDI: CBSKOHLS.COM May 28 2015 00:58:00      Kohl’s Credit *,    N56 W17000 Ridgewood Drive,
                Menomonee Falls, WI 53051-7096
22785732      +EDI: CBSKOHLS.COM May 28 2015 00:58:00      Kohls/Capital One,    N56 W 17000 Ridgewood Drive,
                Menomonee Falls, WI 53051-5660
22785733      +E-mail/Text: bk@lendingclub.com May 28 2015 01:25:47      Lending Club Corp,
                71 Stevenson Street, Suite 300,   San Francisco, CA 94105-2985
23243365      +EDI: RESURGENT.COM May 28 2015 00:58:00      PYOD, LLC its successors and assigns as assignee,
                of Citibank, N.A.,   Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
22961997       EDI: Q3G.COM May 28 2015 00:58:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,   Kirkland, WA 98083-0788
23142934      +Fax: 866-311-5818 May 28 2015 01:37:07      System & Services Technologies, Inc,
                4315 Pickett Road,   St. Joseph, MO 64503-1600
22785744      +EDI: WTRRNBANK.COM May 28 2015 00:58:00      TD Bank USA /Target Credit,    Po Box 673,
                Minneapolis, MN 55440-0673
22785745      +EDI: TDBANKNORTH.COM May 28 2015 00:58:00      TD Bank, NA,   1701 Route 70 East,
                Cherry Hill, NJ 08003-2335
22785741      +EDI: WTRRNBANK.COM May 28 2015 00:58:00      Target Credit Card (TC),    P.O. Box 9475,
                Minneapolis, MN 55440-9475
22785742      +EDI: WTRRNBANK.COM May 28 2015 00:58:00      Target National Bank,    3701 Wayzata Boulevard,
                MS-3CG,   Minneapolis, MN 55416-3401
22785743      +EDI: WTRRNBANK.COM May 28 2015 00:58:00      Target Red Card,   PO Box 660170,
                Dallas, TX 75266-0170
```

```
District/off: 0752-1          User: admin              Page 2 of 2               Date Rcvd: May 27, 2015
                              Form ID: b18             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Elizabeth C Berg,    Baldi Berg, Ltd.,    20 N. Clark Street,    Suite 200,
               Chicago, IL 60602-4120
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2015                                            Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2015 at the address(es) listed below:
              Charles L. Magerski    on behalf of Debtor James  Dunn Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Crystal V Sava    on behalf of Creditor    PNC Bank, National Association ccaceres@fallaw.com,
               bankruptcy@alolawgroup.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg    on behalf of Creditor    PNC Bank, National Association bankruptcy@fallaw.com
                                                                                              TOTAL: 6
```