# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
　　　　　　　　　　　　　　　　§
DUNN, JAMES　　　　　　　　　§　　Case No. 14-46294
　　　　　　　　　　　　　　　　§
　　　　　　　Debtor(s)　　　　　§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/31/2014 . The undersigned trustee was appointed on 12/31/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 5,800.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 5,800.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/04/2015 and the deadline for filing governmental claims was 06/29/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,330.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,330.00 , for a total compensation of $ 1,330.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/29/2015         By:/s/Elizabeth C. Berg, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-46294 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | DUNN, JAMES | | | Date Filed (f) or Converted (c): | 12/31/14 (f) |
| | | | | 341(a) Meeting Date: | 01/26/15 |
| For Period Ending: | 09/29/15 | | | Claims Bar Date: | 05/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 712 Division Street, South Elgin, Illinois 60177 C stay lifted per order 4/27/15 | 75,566.00 | 0.00 | | 0.00 | FA |
| 2. PNC Bank Checking Account No. ending with 8522 | 400.13 | 0.00 | | 0.00 | FA |
| 3. PNC Bank Savings Account No. ending with 8522 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Used Household Goods, Furnishings, and Appliances | 711.00 | 0.00 | | 0.00 | FA |
| 5. Personal Items | 30.00 | 0.00 | | 0.00 | FA |
| 6. Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8. 401(K) | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. IRA | Unknown | 0.00 | | 0.00 | FA |
| 10. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2005 Dodge Ram 2500 Laramie SLT with 98,000 Miles | 13,181.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Jeep Wrangler Sport with 6,000 Miles Value Pe | 19,434.00 | 0.00 | | 0.00 | FA |
| 13. Dog | 50.00 | 0.00 | | 0.00 | FA |
| 14. 2014 State Tax Refund (u) | Unknown | 0.00 | | 0.00 | FA |
| 15. 2014 Federal Tax Refund (u) | Unknown | 8,200.00 | | 5,800.00 | FA |
| TOTALS (Excluding Unknown Values) | $111,672.13 | $8,200.00 | | $5,800.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee collected tax refund; reviewed claims; prepared TFR

Initial Projected Date of Final Report (TFR): 08/01/15    Current Projected Date of Final Report (TFR): 08/15/15

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                Ver: 18.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-46294 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | DUNN, JAMES | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6435  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3551 | | |
| For Period Ending: | 09/29/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/15 | 15 | UNITED STATES TREASURY KANSAS CITY, MO | DEBTOR'S 2014 FEDERAL TAX REFUND | 1224-000 | 5,800.00 | | 5,800.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,800.00 | 0.00 | 5,800.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,800.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,800.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6435 | 5,800.00 | 0.00 | 5,800.00 |
| | ---------------- | ---------------- | ---------------- |
| | 5,800.00 | 0.00 | 5,800.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     5,800.00     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 29, 2015 |

Case Number: 14-46294  
Debtor Name: DUNN, JAMES  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,330.00 | $0.00 | $1,330.00 |
| | Subtotal For Claim Type 2100-00  Trustee Compensation | | | $1,330.00 | $0.00 | $1,330.00 |
| 000001<br>070<br>7100-00 | Lending Club Corp<br>71 Stevenson Street, Suite 300<br>San Francisco, CA 94105 | Unsecured | | $23,834.47 | $0.00 | $23,834.47 |
| 000002<br>070<br>7100-00 | PNC BANK, N.A.<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Unsecured | (2-1) COLLATERAL=UNSECURED POC  3751<br>(2-1) SUBMITTED BY C SWIDER | $6,534.62 | $0.00 | $6,534.62 |
| 000003<br>070<br>7100-00 | TD BANK USA, N.A.<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $789.91 | $0.00 | $789.91 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (4-1) Unsecured Debt | $800.90 | $0.00 | $800.90 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $4,247.78 | $0.00 | $4,247.78 |
| 000006<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (6-1) CREDIT CARD DEBT | $187.64 | $0.00 | $187.64 |
| 000007<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (7-1) WALMART | $810.49 | $0.00 | $810.49 |
| 000008<br>070<br>7100-00 | System & Services Technologies, Inc<br>4315 Pickett Road<br>St. Joseph, MO 64503 | Unsecured | (8-1) Money Loaned<br>-appears to be deficiency for vehicle | $18,515.49 | $0.00 | $18,515.49 |
| 000009<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $655.95 | $0.00 | $655.95 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $56,377.25 | $0.00 | $56,377.25 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 29, 2015 |

Case Number: 14-46294  
Debtor Name: DUNN, JAMES

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $57,707.25 | $0.00 | $57,707.25 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-46294  
Case Name: DUNN, JAMES  
Trustee Name: Elizabeth C. Berg, Trustee  

|  |  |  |
|---|---|---|
| Balance on hand | $ | 5,800.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,330.00 | $ 0.00 | $ 1,330.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,330.00 |
| Remaining Balance | | | $ 4,470.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,377.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Lending Club Corp | $ 23,834.47 | $ 0.00 | $ 1,889.77 |
| 000002 | PNC BANK, N.A. | $ 6,534.62 | $ 0.00 | $ 518.11 |
| 000003 | TD BANK USA, N.A. | $ 789.91 | $ 0.00 | $ 62.63 |
| 000004 | Quantum3 Group LLC as agent for | $ 800.90 | $ 0.00 | $ 63.50 |
| 000005 | Capital One Bank (USA), N.A. | $ 4,247.78 | $ 0.00 | $ 336.80 |
| 000006 | Capital One, N.A. | $ 187.64 | $ 0.00 | $ 14.88 |
| 000007 | Capital Recovery V, LLC | $ 810.49 | $ 0.00 | $ 64.26 |
| 000008 | System & Services Technologies, Inc | $ 18,515.49 | $ 0.00 | $ 1,468.04 |
| 000009 | PYOD, LLC its successors and assigns as | $ 655.95 | $ 0.00 | $ 52.01 |

Total to be paid to timely general unsecured creditors                $              4,470.00

Remaining Balance                                                    $                  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE