# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                              §
                                    §
DUNN, JAMES                         §        Case No. 14-46294
                                    §
         Debtor                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         United States Bankruptcy Court
         219 S. Dearborn Street
         7th Floor
         Chicago   IL   60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
         10:30 a.m.
         on Friday, November 13, 2015
         in Courtroom 240 of the Kane County Courthouse
         100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Jeffrey P. Allsteadt_____


*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DUNN, JAMES | § | Case No. 14-46294 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,800.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,800.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,330.00 | $ 0.00 | $ 1,330.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,330.00 |
| Remaining Balance | $ 4,470.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,377.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Lending Club Corp | $ 23,834.47 | $ 0.00 | $ 1,889.77 |
| 000002 | PNC BANK, N.A. | $ 6,534.62 | $ 0.00 | $ 518.11 |
| 000003 | TD BANK USA, N.A. | $ 789.91 | $ 0.00 | $ 62.63 |
| 000004 | Quantum3 Group LLC as agent for | $ 800.90 | $ 0.00 | $ 63.50 |
| 000005 | Capital One Bank (USA), N.A. | $ 4,247.78 | $ 0.00 | $ 336.80 |
| 000006 | Capital One, N.A. | $ 187.64 | $ 0.00 | $ 14.88 |
| 000007 | Capital Recovery V, LLC | $ 810.49 | $ 0.00 | $ 64.26 |
| 000008 | System & Services Technologies, Inc | $ 18,515.49 | $ 0.00 | $ 1,468.04 |
| 000009 | PYOD, LLC its successors and assigns as | $ 655.95 | $ 0.00 | $ 52.01 |

Total to be paid to timely general unsecured creditors     $     4,470.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
              Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-46294-DRC
James Dunn                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: arodarte             Page 1 of 2                  Date Rcvd: Oct 15, 2015
                               Form ID: pdf006            Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2015.
db             +James Dunn,    712 Division Street,    South Elgin, IL 60177-1164
22785716       +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
22785717       +BMO Harris Bank, N.A.,    Bankruptcy Dept.-Brk-1,    770 N Water Street,
                 Milwaukee, WI 53202-0002
22785714       +Best Buy Co., Inc,    Bureaus Investment Group,    PO Box 17298,    Baltimore, MD 21297-1298
22785715       +Best Buy/HSBC Retail,    P.O. Box 17298,    Baltimore, MD 21297-1298
22990798        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
23032260        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22785719       +Capital One, N.A.,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
22785721       +Comenity Bank,    220 W. Schrock Road,    Westerville, OH 43081-2873
22785720       +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
22785722       +Comenity Bank/Harlem Furniture,    Attention: Bankruptcy,    Po Box 182686,
                 Columbus, OH 43218-2686
22785723        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22785724       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22785725        Fox Ridge Homeowners Association,    739 Division Street,    South Elgin, IL 60177
22785729       +Harlem Furniture,    215 South Gary Avenue,    Bloomingdale, IL 60108-2213
22905120       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
22785734       +PNC Bank,    6750 Miller Road,    Brecksville, OH 44141-3239
22785735       +PNC Bank N.A,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
22785736       +PNC Mortgage,    3232 Nemark Drive,    Miamisburg, OH 45342-5433
22785739       +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
22785737       +PNC Mortgage,    3232 Newmark Drive., Building. 8,    Miamisburg, OH 45342-5433
22785738       +PNC Mortgage,    2650 Warrenville Road,    Downers Grove, IL 60515-1748
22785740       +SST/Best Egg Loans,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
23142934       +System & Services Technologies, Inc,    4315 Pickett Road,    St. Joseph, MO 64503-1600
22952693       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
22785744       +TD Bank USA /Target Credit,    Po Box 673,    Minneapolis, MN 55440-0673
22785741       +Target Credit Card (TC),    P.O. Box 9475,    Minneapolis, MN 55440-9475
22785742       +Target National Bank,    3701 Wayzata Boulevard,    MS-3CG,   Minneapolis, MN 55416-3401
22785743       +Target Red Card,    PO Box 660170,    Dallas, TX 75266-0170
22785746       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22785747       +Walmart,    Asset Protection Recovery,    PO Box 101928, Dept 4295,    Birmingham, AL 35210-6928
22785748       +Walmart Stores Inc,    702 SW 8th Street,    6487,   Bentonville, AR 72716-6209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22785718       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2015 01:33:10     Capital One, N.A. *,
                 c/o American Infosource,    P.O Box 54529,    Oklahoma City, OK 73154-1529
23116862        E-mail/PDF: rmscedi@recoverycorp.com Oct 16 2015 01:16:50     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22785726       +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2015 10:43:00
                 GE Capital Retail Consumer Finance,    1600 Summer Street,    Fifth Floor,
                 Stamford, CT 06905-5125
22785727       +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2015 01:16:38     GE Money Bank Care Card,
                 Po Box 960061,    Orlando, FL 32896-0061
22785728       +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2015 01:16:38     GEMB / Walmart,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
22785730       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 16 2015 01:19:19     Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
22785731       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 16 2015 01:19:19     Kohl's Credit *,
                 N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
22785732       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 16 2015 01:19:20     Kohls/Capital One,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
22785733       +E-mail/Text: bk@lendingclub.com Oct 16 2015 01:21:48     Lending Club Corp,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
23243365       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 16 2015 01:16:51
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22961997        E-mail/Text: bnc-quantum@quantum3group.com Oct 16 2015 01:20:03
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
22785745       +E-mail/Text: bankruptcy@td.com Oct 16 2015 01:20:51     TD Bank, NA,    1701 Route 70 East,
                 Cherry Hill, NJ 08003-2335
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: arodarte              Page 2 of 2                  Date Rcvd: Oct 15, 2015
                              Form ID: pdf006             Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2015 at the address(es) listed below:
              Charles L. Magerski    on behalf of Debtor James   Dunn Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Crystal V Sava    on behalf of Creditor    PNC Bank, National Association ccaceres@alolawgroup.com,
               bankruptcy@alolawgroup.com
              Elizabeth C Berg     bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg    on behalf of Creditor    PNC Bank, National Association bankruptcy@fallaw.com
                                                                                                   TOTAL: 6
```