# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DUNN, JAMES | § | Case No. 14-46294 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  103,072.13                   Assets Exempt:  8,600.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,470.00     Claims Discharged
                                                Without Payment:  85,610.25

Total Expenses of Administration:  1,330.00

---

3) Total gross receipts of $ 5,800.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 5,800.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 171,251.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,330.00 | 1,330.00 | 1,330.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 84,711.00 | 56,377.25 | 56,377.25 | 4,470.00 |
| **TOTAL DISBURSEMENTS** | $ 255,962.00 | $ 57,707.25 | $ 57,707.25 | $ 5,800.00 |

4) This case was originally filed under chapter 7 on 12/31/2014 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2015            By:/s/Elizabeth C Berg, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Federal Tax Refund | 1224-000 | 5,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,800.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank N.A. * 111 W. Monroe Street Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | BMO Harris Bank, N.A. Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 31,061.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fox Ridge Homeowners Association 739 Division Street South Elgin, IL 60177 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank 6750 Miller Road Brecksville, OH 44141 | | 6,956.00 | NA | NA | 0.00 |
| | PNC Bank N.A * 1 Financial Parkway Kalamazoo, MI 49009 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank N.A * 1 Financial Parkway Kalamazoo, MI 49009 | | 0.00 | NA | NA | 0.00 |
| | PNC Mortgage 2650 Warrenville Road Downers Grove, IL 60515 | | 0.00 | NA | NA | 0.00 |
| | PNC Mortgage 3232 Nemark Drive Miamisburg, OH 45342 | | 99,531.00 | NA | NA | 0.00 |
| | PNC Mortgage 3232 Newmark Drive., Building. 8 Miamisburg, OH 45342 | | 0.00 | NA | NA | 0.00 |
| | PNC Mortgage 3232 Newmark Drive., Building. 8 Miamisburg, OH 45342 | | 33,703.00 | NA | NA | 0.00 |
| | PNC Mortgage PO Box 1820 Dayton, OH 45401 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 171,251.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 1,330.00 | 1,330.00 | 1,330.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,330.00 | $ 1,330.00 | $ 1,330.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy Co., Inc Bureaus Investment Group PO Box 17298 Baltimore, MD 21297 | | 0.00 | NA | NA | 0.00 |
| | Best Buy/HSBC Retail P.O. Box 17298 Baltimore, MD 21297 | | 0.00 | NA | NA | 0.00 |
| | Capital One, N.A. * c/o American Infosource P.O Box 54529 Oklahoma City, OK 73154 | | 0.00 | NA | NA | 0.00 |
| | Capital One, N.A.* 1680 Capital One Drive Mc Lean, VA 22102 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank 220 W. Schrock Road Westerville, OH 43081 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank PO Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | 0.00 | NA | NA | 0.00 |
| | GE Capital Retail Consumer Finance 1600 Summer Street Fifth Floor Stamford, CT 06905 | | 0.00 | NA | NA | 0.00 |
| | GE Money Bank Care Card Po Box 960061 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Harlem Furniture 215 South Gary Avenue Bloomingdale, IL 60108 | | 0.00 | NA | NA | 0.00 |
| | Kohl's Credit * N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | Kohl's PO Box 2983 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |
| | PNC Mortgage 3232 Nemark Drive Miamisburg, OH 45342 | | 33,703.00 | NA | NA | 0.00 |
| | TD Bank, NA 1701 Route 70 East Cherry Hill, NJ 08034 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target Credit Card (TC) P.O. Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Target National Bank 3701 Wayzata Boulevard MS-3CG Minneapolis, MN 55416 | | 0.00 | NA | NA | 0.00 |
| | Target Red Card PO Box 660170 Dallas, TX 75266 | | 0.00 | NA | NA | 0.00 |
| | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 | | 0.00 | NA | NA | 0.00 |
| | Walmart Asset Protection Recovery PO Box 101928, Dept 4295 Birmingham, AL 35210 | | 0.00 | NA | NA | 0.00 |
| | Walmart Stores Inc 702 SW 8th Street 6487 Bentonville, AR 72716 | | 0.00 | NA | NA | 0.00 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 4,247.00 | 4,247.78 | 4,247.78 | 336.80 |
| 000006 | CAPITAL ONE, N.A. | 7100-000 | 283.00 | 187.64 | 187.64 | 14.88 |
| 000007 | CAPITAL RECOVERY V, LLC | 7100-000 | 563.00 | 810.49 | 810.49 | 64.26 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | LENDING CLUB CORP | 7100-000 | 24,612.00 | 23,834.47 | 23,834.47 | 1,889.77 |
| 000002 | PNC BANK, N.A. | 7100-000 | NA | 6,534.62 | 6,534.62 | 518.11 |
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 630.00 | 655.95 | 655.95 | 52.01 |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 961.00 | 800.90 | 800.90 | 63.50 |
| 000008 | SYSTEM & SERVICES TECHNOLOGIES, INC | 7100-000 | 19,197.00 | 18,515.49 | 18,515.49 | 1,468.04 |
| 000003 | TD BANK USA, N.A. | 7100-000 | 515.00 | 789.91 | 789.91 | 62.63 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 84,711.00 | $ 56,377.25 | $ 56,377.25 | $ 4,470.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-46294 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | DUNN, JAMES | | | Date Filed (f) or Converted (c): | 12/31/14 (f) |
| | | | | 341(a) Meeting Date: | 01/26/15 |
| For Period Ending: | 12/09/15 | | | Claims Bar Date: | 05/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 712 Division Street, South Elgin, Illinois 60177 C stay lifted per order 4/27/15 | 75,566.00 | 0.00 | | 0.00 | FA |
| 2. PNC Bank Checking Account No. ending with 8522 | 400.13 | 0.00 | | 0.00 | FA |
| 3. PNC Bank Savings Account No. ending with 8522 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Used Household Goods, Furnishings, and Appliances | 711.00 | 0.00 | | 0.00 | FA |
| 5. Personal Items | 30.00 | 0.00 | | 0.00 | FA |
| 6. Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8. 401(K) | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. IRA | Unknown | 0.00 | | 0.00 | FA |
| 10. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2005 Dodge Ram 2500 Laramie SLT with 98,000 Miles | 13,181.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Jeep Wrangler Sport with 6,000 Miles Value Pe | 19,434.00 | 0.00 | | 0.00 | FA |
| 13. Dog | 50.00 | 0.00 | | 0.00 | FA |
| 14. 2014 State Tax Refund (u) | Unknown | 0.00 | | 0.00 | FA |
| 15. 2014 Federal Tax Refund (u) | Unknown | 8,200.00 | | 5,800.00 | FA |

TOTALS (Excluding Unknown Values)     $111,672.13     $8,200.00     $5,800.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 1, 2015: TFR filed and scheduled for 11-13-15.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-46294    DRC    Judge: DONALD R. CASSLING | Trustee Name:    Elizabeth C Berg, Trustee |
| Case Name: | DUNN, JAMES | Date Filed (f) or Converted (c):    12/31/14 (f) |
| | | 341(a) Meeting Date:    01/26/15 |
| | | Claims Bar Date:    05/04/15 |

Trustee recovered and is administering $5800 income tax refund.

Trustee recovered tax refund; review claims; prepared TFR

Initial Projected Date of Final Report (TFR): 08/01/15        Current Projected Date of Final Report (TFR): 09/29/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-46294 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | DUNN, JAMES | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******6435  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3551 |  |  |
| For Period Ending: | 12/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 03/31/15 | 15 | UNITED STATES TREASURY<br>KANSAS CITY, MO | DEBTOR'S 2014 FEDERAL TAX REFUND | 1224-000 | 5,800.00 |  | 5,800.00 |
| 11/18/15 | 001001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 |  | 1,330.00 | 4,470.00 |
| 11/18/15 | 001002 | Lending Club Corp<br>71 Stevenson Street, Suite 300<br>San Francisco, CA 94105 | Claim 000001, Payment 7.93% | 7100-000 |  | 1,889.77 | 2,580.23 |
| 11/18/15 | 001003 | PNC BANK, N.A.<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Claim 000002, Payment 7.93% | 7100-000 |  | 518.11 | 2,062.12 |
| 11/18/15 | 001004 | TD BANK USA, N.A.<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000003, Payment 7.93% | 7100-000 |  | 62.63 | 1,999.49 |
| 11/18/15 | 001005 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000004, Payment 7.93% | 7100-000 |  | 63.50 | 1,935.99 |
| 11/18/15 | 001006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 7.93% | 7100-000 |  | 336.80 | 1,599.19 |
| 11/18/15 | 001007 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 7.93% | 7100-000 |  | 14.88 | 1,584.31 |
| 11/18/15 | 001008 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat | Claim 000007, Payment 7.93% | 7100-000 |  | 64.26 | 1,520.05 |

Page Subtotals        5,800.00        4,279.95

Ver: 19.05

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-46294 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | DUNN, JAMES | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6435 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3551 | | | |
| For Period Ending: | 12/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/15 | 001009 | 25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605<br>System & Services Technologies, Inc | Claim 000008, Payment 7.93% | 7100-000 | | 1,468.04 | 52.01 |
| 11/18/15 | 001010 | 4315 Pickett Road<br>St. Joseph, MO 64503<br>PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000009, Payment 7.93% | 7100-000 | | 52.01 | 0.00 |

|  | COLUMN TOTALS | 5,800.00 | 5,800.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 5,800.00 | 5,800.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 5,800.00 | 5,800.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6435 | 5,800.00 | 5,800.00 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 5,800.00 | 5,800.00 | 0.00 |
| | ========== | ========== | ========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    1,520.05

Ver: 19.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*